UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL PHILLIPS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

Case No. C10-5285BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 19).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(3)     This action is **REMANDED** for further administrative proceedings.

DATED this 7th day of June, 2011.

                        BENJAMIN H. SETTLE
                        United States District Judge

ORDER