# United States District Court

## WESTERN DISTRICT OF WASHINGTON

MICHAEL PHILLIPS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5285BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**; and

This action is **REMANDED** for further administrative proceedings.

___June 8, 2011___
Date

___WILLIAM M. McCOOL___
Clerk

___s/CM Gonzalez___
Deputy Clerk